

Entered on Docket
August 05, 2010

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

**KATHLEEN A. LEAVITT**
**CHAPTER 13 BANKRUPTCY TRUSTEE**
**201 Las Vegas Blvd South Suite 200**
**Las Vegas, NV  89101**
**(702) 853-0700**
**kal13mail@las13.com**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| IN RE:<br><br>JOHN DAVID CHAVEZ<br>ANNETTE ROSE CHAVEZ<br><br>                    Debtors | Chapter 13<br>BKS-10-10198-MKN<br><br>ORDER  DENIAL OF CONFIRMATION AND DISMISSING CASE<br><br>Hearing Date: 07/29/2010<br>Hearing Time:  1:30 pm |
|---|---|

   The Trustee's Opposition to Confirmation of Plan Combined with Trustee's Recommendation of Dismissal filed in the above-captioned matter having on for hearing, the following parties have appeared: [ X ] Trustee [  ] Debtors [X] Attorney for Debtors [  ] Other , and said Motion having been considered by this Court, and good cause appearing therefore;

   IT IS HEREBY ORDERED that confirmation of the Plan is denied and that the above-captioned proceedings under Chapter 13 be DISMISSED for the following reason(s):

• Delinquent Plan payments.

   IT IS FURTHER ORDERED that the Trustee is allowed $350.00 as and for expenses in the administration of this case.

DATED:  08/03/2010

Submitted by:

 /s/  KATHLEEN A. LEAVITT 
Kathleen A. Leavitt
Chapter 13 Trustee
(MJB)

**LR 9021 certification language:**

In accordance with LR 9021, counsel submitting this document certifies as follow **s ;**

_X_  The court has waived the requirement of approval under LR 9021.